■ THE STATE ex rel. NICHOLAS MARANDO, on Behalf of JOHN J. MARANDO, Appellant, v MARY A. M. GIBBONS, Respondent. — Judgment of the Supreme Court, Kings County (De Matteo, J.), entered November 1, 1982 affirmed, without costs or disbursements. (See *Marando v Marando,* 99 AD2d 750.) Titone, J. P., Gibbons, O'Connor and Rubin, JJ., concur. [Prior decision 99 AD2d 476 vacated Jan. 17, 1984, 100 AD2d 988.]

# (February 14, 1984)

■ FRANCES CASTELLANO, Appellant, v FRANK VACCARINO, Respondent, et al., Defendant. — Appeal from an order of the Supreme Court, Kings County (Pino, J.), dated September 8, 1982, dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court, dated September 15, 1982, affirmed, without costs or disbursements. No opinion. Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.